**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By: Steven J. Bushinsky, Esquire
W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; et. al., | Case No: 2:19-cv-14561-BRM-JAD |
| *Plaintiffs,* | **DEFAULT JUDGMENT** |
| v. | |
| PORTOFINO CONTRACTING, LLC, | |
| *Defendant.* | |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this 22nd day of October 2019;

**ORDERED and ADJUDGED** that the Plaintiff Trustees of International Union of Painters and Allied Trades District Council 711 Health & Welfare Fund, *et. al.* recover of Defendant Portofino Contracting, LLC the sum of **$97,809.32**, less payments received, which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that Defendant, Portofino Contracting, LLC, shall, within __21__ days of the date of this Order, submit to a payroll audit by producing all necessary payroll information to the Plaintiffs; and

**IT IS FURTHER ORDERED and ADJUDGED** that upon completion of the audit, Plaintiffs shall advise Defendant of the amount found to be due and owing, including contributions as well as interest and liquidated damages pursuant to 29 U.S.C. §1132(g); and

**IT IS FURTHER ORDERED and ADJUDGED** that within ten (10) days of receiving the results of the audit, Defendant shall remit to Plaintiffs all amounts due and owing to Plaintiffs thereunder; and

**IT IS FURTHER ORDERED and ADJUDGED** that should Defendant fail to remit the payment due pursuant to the payroll audit, Plaintiffs shall submit a petition to this Court for Judgment to be entered against Defendant for all contributions, interest and liquidated damages then due and owing, together with an application for fees and costs.

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Brian R. Martinotti, U.S.D.J.